IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| CLIFTON JACKSON, | § |
| | § |
| Plaintiff, | § |
| | § |
| vs. | §   CIVIL ACTION NO. H-08-2545 |
| | § |
| BOISE LOCOMOTIVE, doing business as Motive Power, Inc., | § |
| | § |
| Defendant. | § |

## ORDER

The defendant, Motive Power, Inc., has filed a motion to strike a settlement agreement and release with attachments filed by the plaintiff on November 28, 2008, as Docket Entry No. 24. These materials are improperly filed and the plaintiff does not ask for any relief or action from the court. The motion to strike, Docket Entry No. 26, is granted.

SIGNED on January 6, 2009, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge